# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**FRANKLIN COUNTY CHILD SUPPORT**
**ENFORCEMENT AGENCY,** *et al.***,**

      **Plaintiffs,**

vs.                                                               **Case No.: 2:13-cv-946**
                                                                     **JUDGE SMITH**
                                                                     **Magistrate Judge Kemp**

**SHAHID AZAD KAMAL EL,**

      **Defendant.**

## ORDER

On February 5, 2016, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this case be remanded to the Franklin County Court of Common Pleas due to lack of jurisdiction. (*See* Doc. 5). In a prior order, Defendant was granted 28 days to attempt to cure the problems with his removal notice. He responded by filing an "Affidavit of Truth" but still does not establish his lack of Ohio citizenship. Therefore, he has failed to establish diversity of citizenship to maintain this case in federal court. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Order and Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This case is hereby remanded to the Franklin County Court of Common Pleas.

The Clerk shall remove Document 5 from the Court's pending motions list.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**